FILED
March 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 09-0090-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ANTHONY VASSALLO, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY VASSALLO, Case No. MAG. 09-0090-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: All available equity in three subject properties.

    ___ Unsecured Appearance Bond

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The secured bond paperwork is to be filed with the Clerk no later than 04/03/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/27/09 at 3:15 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge