BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:09-MJ-0090 EFB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND DOCUMENTS |
| ANTHONY VASSALLO, | |
| Defendant. | |

Anthony Vassallo, through his counsel, Clyde M. Blackmon, Blackmon & Associates, and the United States of America, through its counsel Assistant U.S. Attorney Robin Taylor, hereby stipulate that the deadline for the filing of requisite property bonds secured by equity in real property in this matter be extended from April 10, 2009, to April 17, 2009.

Following an extended detention hearing, on March 27, 2009, the Court ordered Anthony Vassallo released on a secured bond encompassing all available equity in three subject properties. The subject properties belong to and will be posted as security by Anthony "Tony" Vassallo (defendant's father), Sheila Watford

1 (mother-in-law of defendant's sister) and Roy and Cynthia Harris
2 (friends of the Vassallo and Watford families).  Mr. Vassallo
3 was also ordered released to the custody of a third-party
4 custodian subject to conditions stated on the record and
5 contained in the Notice to Defendant Being Released.  Mr.
6 Vassallo is currently on electronic monitoring and is being
7 supervised by Pretrial Services.

8 　　　　The Court ordered Mr. Vassallo to file the requisite
9 property bonds, secured by equity in real property, on or before
10 April 3, 2009.  On April 2, 2009, the parties stipulated that
11 the date to file the property bonds could be continued to April
12 10, 2009.

13 　　　　The required documentation concerning the Watford property
14 has been completed, and a Deed of Trust in favor of the Clerk of
15 the United States District Court for the Eastern District of
16 California has been recorded in the official records of El
17 Dorado County.  Copies of the Watford property documents have
18 been provided to counsel for the government.

19 　　　　The documentation regarding the Harris property has also
20 been completed and a Deed of Trust in favor of the Court's clerk
21 was recorded in the official records of Placer County on April
22 9, 2009.  Copies of those documents have also been provided to
23 the government's counsel.

24 　　　　A title report has been obtained on the Amador County
25 property belonging to Tony Vassallo.  That report indicates that
26 Tony Vassallo's former wife, Robin A. Vassallo, remains on the
27 property record as co-owner.  Robin A. Vassallo now lives in
28

STIPULATION AND ORDER EXTENDING
TIME TO FILE SECURED PROPERTY BOND DOCUMENTS

Glendale, Arizona.  Efforts are now being made to have Robin A. Vassallo execute a grant deed to the Amador County property in favor of Tony Vassallo or to execute a Note and Deed of Trust, along with Tony Vassallo, in favor of the Court's clerk.  It is expected that those efforts will be completed during the week of April 12, 2009.

Given the ongoing diligent defense efforts to prepare and file the secured property bond paperwork and the expectation that the documents will be filed within approximately one week, the parties hereby stipulate to extend the time for filing the requisite property bonds secured by equity in real property from April 10, 2009 to April 17, 2009.

**IT IS SO STIPULATED:**

DATED:   April 10, 2009            __/s/ Clyde M. Blackmon__
                                   CLYDE M. BLACKMON
                                   Attorney for Defendant
                                   ANTHONY VASSALLO


DATED:   April 10, 2009            _/s/ Clyde M. Blackmon for__
                                   ROBIN TAYLOR, Assistant U.S.
                                   Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the current deadline to file property bonds secured by equity in real property by April 10, 2009, shall be extended to April 17, 2009.

**IT IS SO ORDERED.**

DATED: April 10, 2009.

_____
U.S. MAGISTRATE JUDGE